UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 31 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ALEXIA CAMACHO CHAPARRO; et al.,

Petitioners,

v.

TODD BLANCHE, Attorney General,

Respondent.

No. 26-2158

Agency Nos.
A221-146-597
A095-795-438
A221-146-598
A221-146-599

ORDER

Before: S.R. THOMAS, BERZON, and FORREST, Circuit Judges.
Partial Dissent by Judge FORREST.

The motion for summary disposition (Docket Entry No. 13) is denied without prejudice to raising the arguments in the answering brief. *See* 9th Cir. R. 3-6(a) (standard for summary disposition); *United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982).

The motion to stay removal (Docket Entry No. 3) is also denied. *See Nken v. Holder*, 556 U.S. 418 (2009); *Leiva-Perez v. Holder*, 640 F.3d 962, 964-65 (9th Cir. 2011).

The opening brief is due October 14, 2026. The answering brief is due November 13, 2026. The optional reply brief is due 21 days after the answering brief is served.

Judge Forrest would grant the motion for summary disposition.